UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| In Re:  Lisa A. Mazza, | : | Civil Action No. 14-cv-6423 |
| Debtor. | : | |
| _____ | : | Bankruptcy No. 14-167773-SR |
| | : | |
| LISA A. MAZZA, | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| THE BANK OF NEW YORK MELLON, f/k/a | : | |
| THE BANK OF NEW YORK, as Trustee | : | |
| For the Certificate Holders of CWALT, Inc., | : | |
| Alternative Loan Trust 2006-OA10 Mortgage | : | |
| Pass-Through Certificates, Series 2006-OA10, | : | |
| Appellee. | : | |

_____

# O R D E R

**AND NOW**, this 30th day of September, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Bankruptcy Court's Order dated September 10, 2014, granting the Motion for In Rem Relief from the Automatic Stay is **AFFIRMED**; and

2. This case is **CLOSED**.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge